**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **BOBBY HILL**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 15 C 2511 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**, | ) |
| Defendant. | ) |

**MEMORANDUM ORDER**

Just what is this Fair Debt Collection Practices Act ("Act") case, newly filed and assigned to this Court's calendar by random assignment, doing in this judicial district? Complaint ¶ 1 identifies plaintiff Bobby Hill ("Hill") as having been a Sherman, <u>Texas</u> resident "at all times relevant to this action," and Complaint ¶ 2 identifies defendant Portfolio Recovery Associates, LLC ("Portfolio") as a limited liability company incorporated in Delaware (an irrelevancy for both jurisdictional and venue purposes) that has "maintained its principal place of business in Norfolk, <u>Virginia</u>, at all times relevant to this action," even though it is said to have "an operational center in Rosemont, Illinois."[1] And the assertedly Act-violative conduct ascribed to Portfolio is an ongoing practice of having placed calls to Hill on his cellphone for debt-collection purposes (Complaint ¶¶ 12 through 18).

But not a word is said in the Complaint as to the offending calls, or as to any other conduct relevant to this lawsuit, having occurred here in this Northern District of Illinois.

---

[1] It is left unclear by the Complaint both as to just what is meant by "operational center" and as to what that has to do with the specific conduct about which Hill complains.

Instead the only Illinois-based connection even hinted at in the Complaint is the location of Hill's lawyer's office in Chicago -- and as this Court has had occasion to note with some frequency in the context of 28 U.S.C. § 1404(a) motions to transfer, convenience of counsel is not among the factors to be weighed in the balance prescribed by that statute. Accordingly this action is set for a very early status hearing at 9 a.m. March 30, 2015 to enable Hill's counsel to provide some answer to the question posed in the first sentence of this memorandum order.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 25, 2015